FILED
February 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002423633

GEORGE A. ROBERTS, ESQ. SBN 77916
301 Broad Street
Nevada City, CA 95959
Telephone (530) 265-3279 Facsimile (530)265-6051
Email: ga.roberts@sbcglobal.net

Attorney for Creditors, Loel F. Polley, Carroll K. Beaver,
George A Peavy, and Gary M. Hunt

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re

RANDALL CHAMBERS AND
CINDY CHAMBERS,

Debtor(s).
_____/

Case No. 07-30041-B-7

MC. No. GAR-002

MOTION FOR ORDER FOR
TRUSTEE TO ABANDON
PROPERTY

DATE: March 16, 2010
TIME: 9:32 a.m.
PLACE: Department B
501 I Street, Courtroom 33
Sacramento, CA 95814
Honorable Thomas C. Holman

Moving parties Loel F. Polley, Carroll K. Beaver, George A. Peavy, and Gary M. Hunt are secured creditors in the above-captioned bankruptcy estate.

These creditors are secured by a promissory note and deed of trust recorded against real property whose legal description is contained in Exhibit A to this motion. Exhibit A is incorporated by reference. A copy of the deed of trust with assignments of rents is attached and marked as Exhibit B to this motion.

A discharge has been granted ending the automatic stay as it applies to debtors.

The Chapter 7 estate is not yet closed. Trustee, Michael Dacquisto has determined that the subject real property has no equity and is of no value to the estate. A copy of an August 11,

MOTION FOR ORDER FOR TRUSTEE TO ABANDON PROPERTY
-1-

2009 letter from Mr. Dacquisto is attached and marked as Exhibit C to this motion.

    Because the property is of no value to the estate, moving parties respectfully request this court to issue an order for the trustee to abandon the subject real property which is described in Exhibit A to this motion.

Dated: February 16, 2010                                                    /s/George A. Roberts
                                                                                      George A. Roberts